(96 South. 936)

**Ex parte MACON. (3 Div. 627.)**

(Supreme Court of Alabama. June 7, 1923.)

Certiorari to Court of Appeals.

Petition of Mary Macon, by her next friend, for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Mary Macon, pro ami., v. J. Lee Holloway, 96 South. 933.

Hill, Hill, Whiting & Thomas, of Montgomery, for petitioner.

J. Lee Holloway, of Montgomery, opposed.

PER CURIAM. Writ denied.